IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 3:15-CR- 5 - CAR |
| | : |
| v. | : VIOLATION(S): |
| | :    21 U.S.C. § 841(a)(1) |
| MARCUS PORTER, a/k/a "Dirt," | :    21 U.S.C. § 841(b)(1)(D) |
| | :    21 U.S.C. § 841(b)(1)(E)(2) |
| Defendant | :    18 U.S.C. § 922(g)(1) |
| | :    18 U.S.C. § 924(a)(2) |
| | :    18 U.S.C. § 924(c)(1) |
| | :    18 U.S.C. § 2 |
| | : |
| | : |

THE GRAND JURY CHARGES:

## COUNT ONE
(Distribution of Marijuana)

That on or about July 11, 2014, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**MARCUS PORTER, a/k/a "Dirt,"**

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of a Schedule I controlled substance, to wit: Marijuana, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D), and Title 18, United States Code, Section 2.

## COUNT TWO
### (Distribution of Marijuana)

That on or about July 17, 2014, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**MARCUS PORTER, a/k/a "Dirt,"**

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of a Schedule I controlled substance, to wit: Marijuana, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D), and Title 18, United States Code, Section 2.

## COUNT THREE
### (Distribution of Marijuana)

That on or about July 18, 2014, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**MARCUS PORTER, a/k/a "Dirt,"**

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of a Schedule I controlled substance, to wit: Marijuana, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D), and Title 18, United States Code, Section 2.

## COUNT FOUR
### (Possession of a Firearm during a Drug Trafficking Crime)

That on or about July 18, 2014, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**MARCUS PORTER, a/k/a "Dirt,"**

defendant herein, aided and abetted by other persons, both known and unknown to the Grand Jury, did carry and possessed a firearm in furtherance of, a drug trafficking crime for which he may be prosecuted in a Court of the United States, to-wit: the offenses set forth in Count Three of this Indictment, to-wit: one Lorcin, 9mm handgun, serial number 001377, all in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT FIVE
### (Possession of a Firearm by a Convicted Felon)

That on or about August 27, 2014, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**MARCUS PORTER, a/k/a "Dirt,"**

defendant herein, having been convicted of crimes punishable by imprisonment for a term exceeding one (1) year, did knowingly receive and possess a firearm which had previously been shipped and transported in interstate commerce, to wit: One (1) MOD., GT27, .25 caliber automatic handgun, Serial Number 06002, and ammunition; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT SIX
### (Possession of a Firearm by a Convicted Felon)

That on or about August 29, 2014, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

### MARCUS PORTER, a/k/a "Dirt,"

defendant herein, having been convicted of crimes punishable by imprisonment for a term exceeding one (1) year, did knowingly receive and possess a firearm which had previously been shipped and transported in interstate commerce, to wit: One (1) Hi-Point, 380 ACP, handgun, Serial Number P744089, and ammunition; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT SEVEN
### (Distribution of Marijuana)

That on or about September 4, 2014, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### MARCUS PORTER, a/k/a "Dirt,"

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of a Schedule I controlled substance, to wit: Marijuana, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D), and Title 18, United States Code, Section 2.

## COUNT EIGHT
### (Distribution of Marijuana)

That on or about November 4, 2014, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**MARCUS PORTER, a/k/a "Dirt,"**

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of a Schedule I controlled substance, to wit: Marijuana, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D), and Title 18, United States Code, Section 2.

## COUNT NINE
### (Distribution of Alprazolam)

That on or about November 4, 2014, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**MARCUS PORTER, a/k/a "Dirt,"**

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of a Schedule IV controlled substance, to wit: Alprazolam, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(E)(2), and Title 18, United States Code, Section 2.

## COUNT TEN
### (Distribution of Marijuana)

That on or about December 10, 2014, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**MARCUS PORTER, a/k/a "Dirt,"**

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of a Schedule I controlled substance, to wit: Marijuana, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D), and Title 18, United States Code, Section 2.

## COUNT ELEVEN
### (Distribution of Alprazolam)

That on or about February 11, 2015, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**MARCUS PORTER, a/k/a "Dirt,"**

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of a Schedule IV controlled substance, to wit: Alprazolam, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(E)(2), and Title 18, United States Code, Section 2.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

_____
Danial E. Bennett
Assistant United States Attorney

Filed in open court this 10th day of March, 2015.

_____
Deputy Clerk